# Exhibit 2

| US8677116B1 | Primary Arms website "primaryarms.com" ("The accused instrumentality") |
|---|---|
| 1. A method of using a computer system to authenticate a user seeking to conduct at least one interaction with a secured capability provided by a computer, the method comprising: | The accused instrumentality practices a method of using a computer system (e.g., authentication server of the accused instrumentality, etc.) to authenticate a user seeking to conduct at least one interaction (e.g., account login, etc.) with a secured capability provided by a computer (e.g., server of the accused instrumentality).<br><br>As shown, the website of the accused instrumentality practices providing secure connection with a user's device (electronic device of the user) through HTTPS connections. This is achieved by an authentication server (a computer system) authenticating users seeking to perform actions such as account login, etc., (interactions) ensuring that interactions with secured features are protected from unauthorized access.<br><br><br><br>https://www.primaryarms.com/ |



https://www.primaryarms.com/sca-dev-2019-2/checkout.ssp?is=login&login=T&fragment=login-register#login-register



https://www.primaryarms.com/sca-dev-2019-2/my_account.ssp?fragment=/profileinformation#/profileinformation



https://www.primaryarms.com/sca-dev-2019-2/my_account.ssp?fragment=/profileinformation#/profileinformation



https://www.primaryarms.com/sca-dev-2019-2/my_account.ssp?fragment=/purchases#/purchases

Source: Fiddler capture of the accused instrumentality



https://www.primaryarms.com/sca-dev-2019-2/my_account.ssp?fragment=/purchases#/purchases

| using the computer system to receive a first signal from the computer providing the secured capability, the first signal comprising a reusable identifier corresponding to the secured capability, the reusable identifier assigned for use by the | The accused instrumentality practices using the computer system (e.g., authentication server of the accused instrumentality, etc.) to receive a first signal (e.g., a JSESSIONID set response, etc.) from the computer (e.g., server of the accused instrumentality) providing the secured capability (e.g., secure connection with the website, etc.), the first signal comprising a reusable identifier (e.g., JSESSIONID, etc.) corresponding to the secured capability (e.g., secure connection with the website, etc.), the reusable identifier assigned for use by the secured capability for a finite period of time (e.g., Expiry date).

As shown, the website of the accused instrumentality practices providing secure |

| | |
|---|---|
| secured capability for a finite period of time; | connection with a user's device (electronic device of the user) through HTTPS connections. This is achieved by an authentication server (a computer system) authenticating users seeking to perform actions such as account login, etc., (interactions) ensuring that interactions with secured features are protected from unauthorized access. The server sends a response to set JSESSIONID value, which is set by the user device.<br><br>As shown, the JSESSIONID token set by the end device is reused in all further communications with the server. The JSESSIONID also mentions an Expiry date for the token, indicating that it can be reused for a finite period.<br><br><br><br>https://www.primaryarms.com/sca-dev-2019-2/my_account.ssp?fragment=/profileinformation#/profileinformation |



https://www.primaryarms.com/sca-dev-2019-2/my_account.ssp?fragment=/purchases#/purchases



Source: Fiddler capture of the accused instrumentality



https://www.primaryarms.com/sca-dev-2019-2/my_account.ssp?fragment=/purchases#/purchases



Source: Fiddler capture of the accused instrumentality

| | |
|---|---|
| using the computer system to receive a second signal from an electronic device being used by the user, the second signal comprising a copy of the reusable identifier and user verification information; | The accused instrumentality practices using the computer system (e.g., authentication server of the accused instrumentality, etc.) to receive a second signal (e.g., a request signal from the user device) from an electronic device being used by the user, the second signal (e.g., request signal from the user device) comprising a copy of the reusable identifier (e.g., JSESSIONID, etc.) and user verification information (e.g., NLShopperId2).<br><br>When the server sends a message containing a JSESSIONID to the user device, the client includes a copy of the JSESSIONID in all subsequent requests to the server, along with user verification information (e.g., NLShopperId2 credentials). This allows the server to authenticate the client for the duration of the session and ensure secure communication between the client and server. |



Source: Fiddler capture of the accused instrumentality



Source: Fiddler capture of the accused instrumentality



Source: Fiddler capture of the accused instrumentality

| | |
|---|---|
| using a processor of the computer system to evaluate, based at least on the first signal and the second signal, whether the user is authorized to conduct the at least one interaction with the secured capability; and | The accused instrumentality practices using a processor of the computer system (e.g., processor of the authentication server of the accused instrumentality, etc.) to evaluate, based at least on the first signal (e.g., a JSESSIONID set response, etc.) and the second signal (e.g., a request signal from the user device), whether the user is authorized to conduct the at least one interaction (e.g., account login, etc.) with the secured capability (e.g., secure connection with the website, etc.). The server compares the reusable identifier, such as the token (e.g., JSESSIONID), in the first response received from the server with the token included in the client's subsequent request. If a match is found, the server authenticates the user and processes the request securely. |



Source: Fiddler capture of the accused instrumentality



Source: Fiddler capture of the accused instrumentality



https://www.primaryarms.com/



https://www.primaryarms.com/sca-dev-2019-2/checkout.ssp?is=login&login=T&fragment=login-register#login-register



https://www.primaryarms.com/sca-dev-2019-2/my_account.ssp?fragment=/profileinformation#/profileinformation



https://www.primaryarms.com/sca-dev-2019-2/my_account.ssp?fragment=/profileinformation#/profileinformation



https://www.primaryarms.com/sca-dev-2019-2/my_account.ssp?fragment=/purchases#/purchases

| in response to an indication from the processor that the user is authorized to conduct the at least one interaction with the secured capability, using the computer system to transmit a third signal comprising authorization information to at least one of the electronic device and the computer. | The accused instrumentality practices in response to an indication from the processor (e.g., processor of the authentication server of the accused instrumentality, etc.) that the user is authorized to conduct the at least one interaction with the secured capability (e.g., secure connection with the website, etc.), using the computer system processor (e.g., authentication server of the accused instrumentality, etc.) to transmit a third signal comprising authorization information (e.g., a response signal from the server to the user device, etc.) to at least one of the electronic device (e.g., user device, etc.) and the computer.

As shown, upon authenticating the JSESSIONID, the user device receives an authentication confirmation message (a third signal), from the server to the user device. |



Source: Fiddler capture of the accused instrumentality



https://www.primaryarms.com/



https://www.primaryarms.com/sca-dev-2019-2/checkout.ssp?is=login&login=T&fragment=login-register#login-register



https://www.primaryarms.com/sca-dev-2019-2/my_account.ssp?fragment=/
profileinformation#/profileinformation



https://www.primaryarms.com/sca-dev-2019-2/my_account.ssp?fragment=/
profileinformation#/profileinformation